Creditor: 
Debtor: Maritza Aburto  
Case No.: 17-36538  
Loan No.: xxxxx5752  
Our File No.: 6228-N-6717  
Collateral: 2017 VOLKSWAGEN JETTA SEDAN 3VW2B7AJ3HM336251

Payment History

Loan Status as of April 15, 2019

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Assessed | Paid Over/Short |
|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | |
| 07/31/2017 | 1 | $350.00 | | | | | $350.00 |
| 08/31/2017 | 1 | $0.00 | 08/01/2017 | $327.21 | | | ($327.21) |
| 09/01/2017 | 1 | $304.42 | 09/01/2017 | $327.21 | | | ($22.79) |
| 10/01/2017 | 1 | $327.21 | 10/01/2017 | $327.21 | | | $0.00 |
| 11/01/2017 | 1 | $327.21 | 11/01/2017 | $327.21 | | | $0.00 |
| 11/09/2017 | 1 | $175.00 | | | | | $175.00 |
| 11/22/2017 | 1 | $175.00 | | | | | $175.00 |
| 12/07/2017 | 1 | $175.00 | 12/01/2017 | $327.21 | | | ($152.21) |
| 12/21/2017 | 1 | $175.00 | | | | | $175.00 |
| 01/04/2018 | 1 | $175.00 | 01/01/2018 | $327.21 | | | ($152.21) |
| 01/18/2018 | 1 | $175.00 | | | | | $175.00 |
| 02/01/2018 | 1 | $175.00 | 02/01/2018 | $327.21 | | | ($152.21) |
| 02/15/2018 | 1 | $175.00 | | | | | $175.00 |
| 03/01/2018 | 1 | $175.00 | 03/01/2018 | $327.21 | | | ($152.21) |
| 03/15/2018 | 1 | $175.00 | | | | | $175.00 |
| 03/29/2018 | 1 | $175.00 | | | | | $175.00 |
| 04/12/2018 | 1 | $175.00 | 04/01/2018 | $327.21 | | | ($152.21) |
| 04/26/2018 | 1 | $175.00 | | | | | $175.00 |
| 05/10/2018 | 1 | $175.00 | 05/01/2018 | $327.21 | | | ($152.21) |
| 05/24/2018 | 1 | $175.00 | | | | | $175.00 |
| 06/30/2018 | 1 | $0.00 | 06/01/2018 | $327.21 | | | ($327.21) |
| 07/31/2018 | 1 | $160.00 | 07/01/2018 | $327.21 | | | ($167.21) |
| 08/16/2018 | 1 | $160.00 | 08/01/2018 | $327.21 | | | ($167.21) |
| 08/30/2018 | 1 | $160.00 | | | | | $160.00 |
| 09/13/2018 | 1 | $160.00 | 09/01/2018 | $327.21 | | | ($167.21) |
| 09/27/2018 | 1 | $160.00 | | | | | $160.00 |
| 10/11/2018 | 1 | $160.00 | 10/01/2018 | $327.21 | | | ($167.21) |
| 10/25/2018 | 1 | $160.00 | | | | | $160.00 |
| 11/08/2018 | 1 | $160.00 | 11/01/2018 | $327.21 | | | ($167.21) |
| 11/21/2018 | 1 | $160.00 | | | | | $160.00 |
| 12/31/2018 | 1 | $0.00 | 12/01/2018 | $327.21 | | | ($327.21) |
| 01/07/2019 | 1 | $160.00 | 01/01/2019 | $327.21 | | | ($167.21) |
| 01/31/2019 | 1 | $160.00 | | | | | $160.00 |
| 02/28/2019 | 1 | $0.00 | 02/01/2019 | $327.21 | | | ($327.21) |
| 03/04/2019 | 1 | $160.00 | 03/01/2019 | $327.21 | | | ($167.21) |
| 03/18/2019 | 1 | $160.00 | | | | | $160.00 |
| 04/15/2019 | 1 | $0.00 | 04/01/2019 | $327.21 | | | ($327.21) |
| **Total:** | | **$6,013.84** | | **$6,871.41** | | **$0.00** | **($857.57)** |