**REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY**

All Cases: Debtor(s) __Maritza Aburto__ Case No. _17-36538_ Chapter _13_

All Cases: Name of Moving Creditor _VW CREDIT INC._ Date Case Filed _12/8/17_

Nature of Relief Sought:   X Lift Stay    Annul Stay    Other (describe)_____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed _2/16/18_

Chapter 7:    No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a.  Home _____
   b.  X Car   Year, Make and Model _2017 Volkswagen Jetta Sedan_
   c.  Other _____

2. Balance Owed as of Petition Date $_15,667.89_
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral  $_13,750.00_

5. Default
   a.   Pre-Petition Default
        Number of months _____         Amount $_____
   b.   X Post-Petition Default
        i.   X On direct payments to the moving creditor
             Number of months _2.6 through 4/15/19_ Amount $_1,438.57_
        ii.  On payments to the Standing Chapter 13 Trustee
             Number of months _____     Amount $_____

6. Other Allegations
   a.   Lack of Adequate Protection § 362 (d)(1)
        i.    No insurance
        ii.   Taxes unpaid       Amount $ _____
        iii.  Rapidly depreciating asset _____
        iv.   Other _____

   b.   No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c.   Other "Cause" § 362 (d)(1)
        i.    Bad Faith (describe) _____
        ii.   Multiple filings _____
        iii.  Other (describe) _____

   d.   Debtor's Statement of Intention regarding the Collateral
        i.  Reaffirm  ii.  Redeem  iii.  Surrender  iv.  No Statement of Intention Filed

Date:  4/17/19                           _/s/ Terri M. Long_
                                         Counsel for Movant